UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rodell Deandre Jones**                    **Docket No. 5:15-CR-190-1D**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rodell Deandre Jones, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 22, 2016, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Rodell Deandre Jones was released from custody on February 15, 2023, at which time the term of supervised release commenced.

A Violation Report regarding the defendant's use of marijuana was submitted to the court on April 14, 2023. Supervision was continued.

A Violation Report regarding the defendant's use of marijuana was submitted to the court on May 11, 2023. Supervision was continued.

A Petition for Action regarding the defendant's use of marijuana was submitted on August 15, 2023. Supervision was modified to include 10 hours of community service.

A Violation Report was submitted on August 8, 2024, regarding the defendant's use of marijuana. Supervision was continued.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During a review of the defendant's case, it was determined that the defendant had been cited for Driving While License Revoked – Not Impaired on January 6, 2025, (25CR700172), on June 6, 2025 (25CR4153), and on July 10, 2025, (25CR5019) in Wilson County, North Carolina. When confronted about his failure to notify this officer, he stated he thought that traffic citations did not count as criminal conduct. He was questioned on his reasons for the charges, and it came down to his mother. She has multiple medical issues, and he is her only support. He states he has attempted to get this all cleared up with the North Carolina DMV; however, there is an extensive wait list to be seen. He was reprimanded for the conduct, and it was stressed that all contact with law enforcement is to be reported to the probation office within 72 hours. Although, Mr. Jones has had stumbles while on supervision, this officer knows how much he has worked to support his mother. He was recently the victim of an assault and is dealing with the medical repercussions of that incident as well. In response to this non-compliance, it is recommended he complete 20 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Rodell Deandre Jones
Docket No. 5:15-CR-190-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: August 12, 2025

## ORDER OF THE COURT

Considered and ordered this ___12___ day of ___August___, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge